FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 APR 18 PM 5:23

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 18CR1255 RB |
| ) | |
| vs. ) | Count 1: 21 U.S.C. § 846: Conspiracy; |
| ) | |
| SAVANNAH J. ORDONEZ, ) | Counts 2 and 3: 21 U.S.C. § 843(b): Use |
| EULALIO VALENTIN CHAVEZ, ) | of a Communication Facility to Further the |
| a.k.a. "Lalo," ) | Commission of a Drug Trafficking Crime; |
| RENE VERDUGO, and ) | |
| DIERDRE GONZALEZ, a.k.a. "Deedee," ) | Counts 4 and 5: 21 U.S.C. §§ 841(a)(1) |
| ) | and (b)(1)(C): Distribution of a Mixture |
| Defendants. ) | and Substance Containing a Detectable |
| ) | Amount of Methamphetamine; 18 U.S.C. |
| ) | § 2: Aiding and Abetting; |
| ) | |
| ) | Count 6: 21 U.S.C. §§ 841(a)(1) and |
| ) | (b)(1)(C): Possession With Intent to |
| ) | Distribute a Mixture and Substance |
| ) | Containing Methamphetamine; 18 U.S.C. |
| ) | § 2: Aiding and Abetting. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about December 3, 2017, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **SAVANNAH J. ORDONEZ, EULALIO VALENTIN CHAVEZ, a.k.a. "Lalo," RENE VERDUGO,** and **DIERDRE GONZALEZ, a.k.a. "Deedee,"** unlawfully, knowingly, and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense defined in 21 U.S.C. §§ 841(a)(1) and

(b)(1)(C), specifically, distribution of a mixture and substance containing a detectable amount of methamphetamine.

## Overt Acts

In furtherance of the conspiracy, and to accomplish the objectives of the conspiracy, the following acts, among others, were committed:

## Overt Act One

On December 3, 2017, Rene Verdugo and Eulalio Valentin Chavez exchanged a series of calls and text messages in which they agreed to purchase methamphetamine from Savannah Ordonez in order to sell the methamphetamine to Dierdre Gonzalez.

## Overt Act Two

On December 3, 2017, Rene Verdugo asked Savannah J. Ordonez how much Savannah J. Ordonez would charge for four ounces of methamphetamine, and Savannah J. Ordonez said that each ounce of methamphetamine would cost $400.

## Overt Act Three

On December 3, 2017, after Savannah J. Ordonez said that she would charge $400 per ounce of methamphetamine, Rene Verdugo responded that he would call Eulalio Valentin Chavez to find out what time Eulalio Valentin Chavez needed the methamphetamine.

## Overt Act Four

On December 3, 2017, Rene Verdugo told Eulalio Valentin Chavez that Savannah J. Ordonez would charge $400 for each ounce of the methamphetamine and that Rene Verdugo and Eulalio Valentin Chavez should buy one additional ounce of methamphetamine for themselves so that they could make more money.

### Overt Act Five

On December 3, 2017, Eulalio Valentin Chavez told Rene Verdugo that Eulalio Valentin Chavez needed to find out how long it would take Dierdre Gonzalez to travel from her home in Hatch, New Mexico, to Las Cruces, New Mexico, to pick up the methamphetamine.

### Overt Act Six

On December 3, 2017, when Rene Verdugo asked Savannah J. Ordonez if Rene Verdugo could pay $2000 for five ounce of methamphetamine, Savannah J. Ordonez told Rene Verdugo that Savannah J. Ordonez only had four ounces of methamphetamine available and that Rene Verdugo should go to Savannah J. Ordonez' house to purchase the methamphetamine.

### Overt Act Seven

On December 3, 2017, Eulalio Valentin Chavez told Rene Verdugo that Dierdre Gonzalez only had $800 to purchase methamphetamine, and the two men discussed purchasing two ounces of methamphetamine from Savannah J. Ordonez, but only giving approximately an ounce and a half of the methamphetamine to Dierdre Gonzalez and keeping the remaining methamphetamine to sell themselves.

### Overt Act Eight

On December 3, 2017, Savannah J. Ordonez sold approximately two ounces of methamphetamine to Rene Verdugo at Savannah J. Ordonez' residence.

### Overt Act Nine

On December 3, 2017, Savannah J. Ordonez told Rene Verdugo that she saw a truck following Rene Verdugo when Rene Verdugo left Savannah J. Ordonez' residence.

### Overt Act Ten

On December 3, 2017, Eulalio Valentin Chavez sent a series of text messages to tell

Rene Verdugo that Dierdre Gonzalez was getting off the highway and arriving at the restaurant where she was to meet Rene Verdugo, in Las Cruces, New Mexico.

### Overt Act Eleven

On December 3, 2017, Rene Verdugo sold approximately two ounces of methamphetamine to Dierdre Gonzalez at a restaurant in Las Cruces, New Mexico.

### Overt Act Twelve

On December 3, 2017, Dierdre Gonzalez transported approximately 73 gross grams of methamphetamine from Las Cruces, New Mexico, north on I-25, toward her home in Hatch, New Mexico, at which time she was apprehended with the methamphetamine at the I-25 United States Border Patrol checkpoint.

In violation of 21 U.S.C. § 846.

### Count 2

On or about December 3, 2017, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **EULALIO VALENTIN CHAVEZ, a.k.a. "Lalo,"** and **RENE VERDUGO,** unlawfully, knowingly and intentionally used a communication facility, a telephone, to further the commission of a drug trafficking crime, namely, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

### Count 3

On or about December 3, 2017, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **SAVANNAH J. ORDONEZ** and **RENE VERDUGO,** unlawfully, knowingly and intentionally used a communication facility, a telephone, to further the commission of a drug trafficking crime, namely, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

### Count 4

On or about December 3, 2017, in Doña Ana County, in the District of New Mexico, the defendant, **SAVANNAH J. ORDONEZ,** unlawfully, knowingly and intentionally distributed a controlled substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

### Count 5

On or about December 3, 2017, in Doña Ana County, in the District of New Mexico, the defendant, **RENE VERDUGO,** unlawfully, knowingly and intentionally distributed a controlled substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

### Count 6

On or about December 3, 2017, in Doña Ana County, in the District of New Mexico, the defendant, **DIERDRE GONZALEZ, a.k.a. "Deedee,"** unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
04/17/18 2:26PM