AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
| :--- | :--- |
| v. | ) |
| SAVANNAH J. ORDONEZ | ) Case No. 18-CR-1255 RB |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SAVANNAH J. ORDONEZ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. § 846: Conspiracy;
Count 3: 21 U.S.C. § 843(b): Use of a Communication Facility to Further the Commission of a Drug Trafficking Crime;
Count 4: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Distribution of a Mixture and Substance Containing a Detectable Amount of Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting;

Date:   04/18/2018

*Issuing officer's signature*

Matthew J. Dykman, CLERK
*Printed name and title*

City and state:   Las Cruces, New Mexico

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*